**DISMISS and Opinion Filed April 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01461-CV

## IN THE INTEREST OF L.R., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-09442**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated February 14, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191461F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.R., A
CHILD

No. 05-19-01461-CV

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-16-09442.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered April 14, 2020